```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

KIM COZZENS, JESSE GOLDEN,
JESSICA HINTON, URSULA MAYES,
SARA UNDERWOOD, and TIFFANY
TOTH GRAY,
                                      Civil No. 17-11535 (NLH/JS)
            Plaintiffs,
                                      **ORDER**
      v.

DAVEJOE RE, LLC, DAVEJOE,
LLC, and MONKEYTOES, LLC
d/b/a KASHMIR GENTLEMEN'S
CLUB,

            Defendants.

For the reasons expressed in the Court's Opinion filed today,

IT IS on this __11th__ day of _____February_____, 2019

**ORDERED** that Plaintiffs' Motion for Default Judgment as to all Defendants [12] be, and the same hereby is, **GRANTED** as to liability; and it is further

**ORDERED** that Plaintiffs shall file a supplemental brief concerning damages within thirty (30) days of this Order; and it is further

**ORDERED** that a final judgment shall be entered after the Court's consideration of Plaintiffs' supplemental submission.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.